1 | PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
2 | MOUNTAIN VISTA LAW GROUP
5545 S. Mountain Vista Street, Suite F
3 | Las Vegas, Nevada  89120
(702) 384-8000
4 | (702) 384-8200 – fax

5 | Attorney for Defendants Cory J. Hilton;
Law Offices of Cory J. Hilton; Mountain
6 | Vista Law Group, LLC

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF NEVADA

10 | JAMES RIVER INSURANCE COMPANY,          )     CASE NO.  2:20-CV-00687-RFB-VCF
                                           )
11 |                 Plaintiff,             )
                                           )
12 | vs.                                    )
                                           )
13 | CORY J. HILTON; LAW OFFICES OF CORY J. )
     HILTON; MOUNTAIN VISTA LAW GROUP,     )
14 | LLC; TOMIKO BARNES; and BRIAN GOTTI,   )
                                           )
15 |                 Defendants.            )
                                           )
16 | _____   )

17 | **STIPULATION AND ORDER TO EXTEND TIME FOR
DEFENDANTS, CORY J. HILTON; LAW OFFICES OF CORY
18 | J. HILTON AND MOUNTAIN VISTA LAW GROUP, LLC TO ANSWER
COMPLAINT FOR DECLARATORY RELIEF**
19 | **(First Request)**

        COMES NOW, Plaintiff JAMES RIVER INSURANCE COMPANY, by and through its counsel
20
of record H. DOUGLAS GALT, ESQ. of the law firm of WOOLLS PEER DOLLINGER & SCHER and
21
MARSHA L. STEPHENSON, ESQ. of the law firm of STEPHENSON & DICKENSON, P.C., and
22
Defendants, CORY J. HILTON; LAW OFFICES OF CORY J. HILTON and MOUNTAIN VISTA LAW
23
GROUP, LLC, by and through their counsel of record, PETER M. ANGULO, ESQ. of the law firm of
24
MOUNTAIN VISTA LAW GROUP, LLC, and do hereby stipulate and agree the Defendants
25 | / / /

26 | / / /

27 | / / /

28

1

shall have until July 23, 2020 in which to file an Answer to the Complaint for Declaratory Relief.  This is the first extension requested.

DATED this 13th day of July, 2020.                    DATED this 13th day of July, 2020.

WOOLLS PEER DOLLINGER & SCHER          MOUNTAIN VISTA LAW GROUP


By__/s/ H. Douglas Galt_____          By__/s/ Peter M. Angulo_____
H. DOUGLAS GALT, ESQ.                              PETER M. ANGULO, ESQ.
California Bar No. 100756                           Nevada Bar No. 003672
624 South Grand Avenue, 22nd Floor                 5545 S. Mountain Vista Street, Suite F
Los Angeles, CA  90017                             Las Vegas, Nevada  89120
Attorneys for Plaintiff                            Attorneys for Defendants
James River Insurance Company                      Cory J. Hilton, Law Offices of Cory J. Hilton,
                                                   Mountain Vista Law Group, LLC
DATED this 13th day of July, 2020

STEPHENSON & DICKENSON



By__/s/ Marshal L. Stephenson_____
MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 006130
2820 W. Charleston Blvd., #17
Las Vegas, Nevada  89102
Attorneys for Plaintiff
James River Insurance Company


        IT IS SO ORDERED:

        Dated this 14th day of July, 2020.




                                        _____
                                        UNITED STATES ~~DISTRICT~~ JUDGE
                                                  MAGISTRATE

**manthis@mvlawgrp.com**

---

| | |
|---|---|
| **From:** | H. Douglas Galt <dgalt@wpdslaw.com> |
| **Sent:** | Monday, July 13, 2020 12:52 PM |
| **To:** | manthis@mvlawgrp.com |
| **Cc:** | admin@sdlawoffice.net; pangulo@mvlawgrp.com |
| **Subject:** | Re: James River v. Cory Hilton |

I approve.  You May sign on my behalf.

Doug Galt

Sent from my iPad

On Jul 13, 2020, at 12:35 PM, "manthis@mvlawgrp.com" <manthis@mvlawgrp.com> wrote:

> Attached please find the Stipulation and Order in the above-entitled matter for your approval.  Please
> let me know if I can affix your e-signature to same for filing with the Court.
>
> Margaret Anthis, Legal Secretary
> Mountain Vista Law Group, LLC
> 5545 Mountain Vista Street, Suite F
> Las Vegas, Nevada  89120
> (702) 384-8000
> manthis@mvlawgrp.com
>
> *This email transmission and any attachments are for the sole use of the intended recipient(s) and may
> contain confidential and privileged information that is the sole property of the sender. Any unauthorized
> review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact
> the sender and destroy and delete all copies of this email and any attachments.*
>
> <S&O to extend time to file answer to dec relief.docx>

1

**manthis@mvlawgrp.com**

| | |
|---|---|
| **From:** | Jennifer L. Meacham <jlm@sdlawoffice.net> |
| **Sent:** | Monday, July 13, 2020 4:22 PM |
| **To:** | manthis@mvlawgrp.com; pangulo@mvlawgrp.com; H. Douglas Galt |
| **Cc:** | Marsha Stephenson; Stephenson and Dickinson General; Jennifer L. Meacham; Denise Campbell |
| **Subject:** | RE: James River v. Cory Hilton |

Good afternoon,

Please note, Ms. Stephenson is working out of office this afternoon. However, she has reviewed the proposed Stipulation and gives her permission to use her electronic signature on same. Once filed, please ensure a file-stamped copy is provided to our office, for our records. Thank you.

Jennifer L. Meacham, Legal Assistant
STEPHENSON & DICKINSON
2820 WEST CHARLESTON BOULEVARD, SUITE 17
LAS VEGAS, NEVADA 89102
(702) 474-7229 X 231
(702) 474-7237 – FACSIMILE
www.stephensonanddickinson.com

NOTICE: This e-mail message and any attachment to this e-mail message is attorney PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, and use or disseminate this e-mail or any attachments to it. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Stephenson & Dickinson.

**From:** H. Douglas Galt <dgalt@wpdslaw.com>
**Sent:** Monday, July 13, 2020 12:52 PM
**To:** manthis@mvlawgrp.com
**Cc:** Stephenson and Dickinson General <admin@sdlawoffice.net>; pangulo@mvlawgrp.com
**Subject:** Re: James River v. Cory Hilton

I approve.  You May sign on my behalf.

Doug Galt

Sent from my iPad

On Jul 13, 2020, at 12:35 PM, "manthis@mvlawgrp.com" <manthis@mvlawgrp.com> wrote:

> Attached please find the Stipulation and Order in the above-entitled matter for your approval.  Please let me know if I can affix your e-signature to same for filing with the Court.
>
> Margaret Anthis, Legal Secretary
> Mountain Vista Law Group, LLC
> 5545 Mountain Vista Street, Suite F
> Las Vegas, Nevada 89120
> (702) 384-8000
> manthis@mvlawgrp.com

*This email transmission and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of the sender. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.*

<S&O to extend time to file answer to dec relief.docx>

2