PETER M. ANGULO, ESQ.
ANGULO LAW GROUP, LLC
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000
(702) 384-8200 – fax
pangulo@angulolawgroup.com
Attorney for Defendants Cory J. Hilton;
Law Offices of Cory J. Hilton; Mountain
Vista Law Group, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CORY J. HILTON; LAW OFFICES OF CORY J. HILTON; MOUNTAIN VISTA LAW GROUP, LLC; TOMIKO BARNES; and BRIAN GOTTI,<br><br>Defendants. | CASE NO. 2:20-CV-00687-RFB-VCF |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS, CORY J. HILTON; LAW OFFICES OF CORY J. HILTON AND MOUNTAIN VISTA LAW GROUP, LLC TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW, Plaintiff JAMES RIVER INSURANCE COMPANY, by and through its counsel of record MARSHA L. STEPHENSON, ESQ. of the law firm of STEPHENSON & DICKENSON, P.C., and Defendants, CORY J. HILTON; LAW OFFICES OF CORY J. HILTON and MOUNTAIN VISTA LAW GROUP, LLC, by and through their counsel of record, PETER M. ANGULO, ESQ. of the law firm of ANGULO LAW GROUP, LLC, and do hereby stipulate and agree the Defendants shall have until

/ / /

/ / /

/ / /

/ / /

/ / /

1

February 12, 2021 in which to file their Opposition to Plaintiff's Motion for Summary Judgment. This is the first extension requested.

DATED this ___ day of February, 2021.              DATED this ___ day of February, 2021.

ANGULO LAW GROUP, LLC                              STEPHENSON & DICKENSON


By /s/ Peter M. Angulo                             By    /s/ Marsha L. Stephenson
PETER M. ANGULO, ESQ.                                 MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 003672                                 Nevada Bar No. 006130
5545 S. Mountain Vista Street, Suite F                2820 W. Charleston Blvd., #17
Las Vegas, Nevada 89120                               Las Vegas, Nevada 89102
Attorneys for Defendants                              Attorneys for Plaintiff
Cory J. Hilton, Law Offices of Cory J. Hilton,        James River Insurance Company
Mountain Vista Law Group, LLC


IT IS SO ORDERED:

Dated this  5th  day of February, 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**